AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

## Instructions

1. **Who Should Use This Form.** You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form.** You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition.** The petition must be typed or neatly written, and you must sign and date it under penalty of perjury. **A false statement may lead to prosecution.**

   All questions must be answered clearly and concisely in the space on the form. If needed, you may attach additional pages or file a memorandum in support of the petition. If you attach additional pages, number the pages and identify which section of the petition is being continued. Note that some courts have page limitations. All filings must be submitted on paper sized 8½ by 11 inches. **Do not use the back of any page.**

4. **Supporting Documents.** In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

5. **Required Filing Fee.** You must include the $5 filing fee required by 28 U.S.C. § 1914(a). If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

6. **Submitting Documents to the Court.** Mail your petition and ____ copies to the clerk of the United States District Court for the district and division in which you are confined. For a list of districts and divisions, see 28 U.S.C. §§ 81-131. All copies must be identical to the original. Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

7. **Change of Address.** You must immediately notify the court in writing of any change of address. If you do not, the court may dismiss your case.

*United States District Court*
*Att: Clerk of the Court*
*595 Main Street*
*Worcester, MA 01608-2025*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

___Luke Perry___
Petitioner

v.                                    Case No. _____
                                      (Supplied by Clerk of Court)

___Amy Boncher, warden___
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: __Luke Allen Perry, Jr.__
   (b) Other names you have used: __N/A__

2. Place of confinement:
   (a) Name of institution: __Federal Medical Center Devens__
   (b) Address: __P.O. Box 879__
   __Ayer, MA 01432__
   (c) Your identification number: __26421-052__

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: __United States District Court__
   __10 Broad Street, Utica, NY 13501__
   (b) Docket number of criminal case: __1:19-cr-392__
   (c) Date of sentencing: __May 26, 2021__
   ☐ Being held on an immigration charge
   ☐ Other (explain): __N/A__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

   _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court:   __N/A__

   (b) Docket number, case number, or opinion number:   __N/A__

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   __Not being assessed or credited approximately 60 days of earned Time Credits under the First Step Act.__

   (d) Date of the decision or action:   __Ongoing__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court:   __FMC Devens__

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____

   _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing: N/A
       (3) Docket number, case number, or opinion number: _____
       (4) Result: N/A
       (5) Date of result: N/A
       (6) Issues raised: N/A

   (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing: N/A
       (3) Docket number, case number, or opinion number: _____
       (4) Result: N/A
       (5) Date of result: N/A
       (6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

    N/A

10. **Motion under 28 U.S.C. § 2255**

　　In this petition, are you challenging the validity of your conviction or sentence as imposed?

　　☐ Yes          ☒ No

　　If "Yes," answer the following:

　　(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

　　　　☐ Yes          ☐ No

　　　　If "Yes," provide:

　　　　(1) Name of court:    N/A
　　　　(2) Case number:    N/A
　　　　(3) Date of filing:    N/A
　　　　(4) Result:    N/A
　　　　(5) Date of result:    N/A
　　　　(6) Issues raised:    N/A

　　(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

　　　　☐ Yes          ☒ No

　　　　If "Yes," provide:

　　　　(1) Name of court:    N/A
　　　　(2) Case number:    N/A
　　　　(3) Date of filing:    N/A
　　　　(4) Result:    N/A
　　　　(5) Date of result:    N/A
　　　　(6) Issues raised:    N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: __N/A__

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes    ☒ No

    If "Yes," provide:

    (a)    Date you were taken into immigration custody: __N/A__

    (b)    Date of the removal or reinstatement order: __N/A__

    (c)    Did you file an appeal with the Board of Immigration Appeals?

        ☐ Yes    ☐ No

        If "Yes," provide:

        (1) Date of filing: __N/A__

        (2) Case number: __N/A__

        (3) Result: __N/A__

        (4) Date of result: __N/A__

        (5) Issues raised: __N/A__

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes    ☐ No

        If "Yes," provide:

        (1) Name of court: __N/A__

        (2) Date of filing: __N/A__

        (3) Case number: __N/A__

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: N/A
    (5) Date of result: N/A
    (6) Issues raised: N/A

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: N/A
    (b) Name of the authority, agency, or court: N/A
    (c) Date of filing: N/A
    (d) Docket number, case number, or opinion number: N/A
    (e) Result: N/A
    (f) Date of result: N/A
    (g) Issues raised: N/A

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Prison officials are holding me illegally because they failed to credit approximately 60 days of earned time credits under the First Step Act and prison officials are refusing to assess me for such credits and were I to be assessed and credited my earned credits for my

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

ongoing participation in post-sentencing rehabilitation programs, I would be immediately released because my current release date is July 11, 2022. See Attached Combined Motion for an Emergency Injunction and Motion for Bail.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes   ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _N/A_

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
_N/A_

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _Prison Officials have intentionally delayed this Petitioner's grievances knowing that this Petitioner is set to be released on July 11, 2022._

**Request for Relief**

15. State exactly what you want the court to do: _Petitioner asks that the court grant this Petitioner an emergency injunction; grant Petitioner immediate bail pending the outcome of this writ of Habeas Corpus; and grant any other relief that the court deems appropriate._

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

May 6, 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May 6, 2022

_____
Signature of Petitioner

N/A
_____
Signature of Attorney or other authorized person, if any

# PROOF OF SERVICE

I, __Luke Perry__, certify that on __May 6, 2022__, 20__22__ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

N/A

Relying on the Court to order the government/respondent to respond if necessary

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of __Massachusetts__. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this __6th__ day of __May__, 20__22__.

Name: __Luke Perry__
Number: __26421-052__
FMC Devens, Unit __J-B__
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).